IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Rates Technology Inc. <br><br> Plaintiff, <br><br> -v- <br><br> Level 3 Communications, Inc. <br> Global Crossing Limited <br><br> Defendants. | Civil Action No.: 1:11-cv-03254 (JGK) <br><br><br> NOTICE OF APPEARANCE <br> OF PAUL J. ESATTO, JR. |

**NOTICE OF APPEARANCE OF PAUL J. ESATTO, JR.**

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel in this action for Plaintiff, Rates Technology Inc., I certify that I am admitted to practice in this court.

Dated: July 19, 2011

Respectfully submitted,

Paul J. Esatto, Jr. (PJE 8286)
Scully, Scott, Murphy & Presser, P.C.
400 Garden City Plaza, Suite 300
Garden City, New York 11530
Telephone: (516) 913-4610
Email: esatto@ssmp.com
Attorney for Plaintiff